UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| THERESA AGBOWO, et al., | No. C 14-01295 LB |
| Plaintiffs, | **ORDER (1) STRIKING PLAINTIFFS' SECOND AMENDED COMPLAINT AND (2) EXTENDING DEADLINE TO SEEK LEAVE TO ADD NEW PARTIES OR AMEND THE PLEADINGS** |
| v. | |
| NATIONSTAR MORTGAGE LLC, | |
| Defendant. | |

Plaintiffs filed their original complaint on February 4, 2014, and they filed their first amended complaint on May 27, 2014. ECF Nos. 1, 16. Following the Case Management Conference held on September 25, 2014, the court issued a case management and pretrial order. ECF No. 43.[1] The order set case management deadlines, including a deadline "to seek leave to add new parties or amend the pleadings." *Id.* at 2 (emphasis added). That deadline was Monday, October 27, 2014. *Id.* On October 26, 2014, rather than seeking leave to amend the pleadings, Plaintiffs filed a second amended complaint. ECF No. 45.

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically generated page numbers at the top of the document.

ORDER
C 14-01295 LB

earlier." Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Plaintiffs improperly filed their second amended complaint because they failed to obtain written consent from the opposing party or leave of court, and they failed to do so by the October 27, 2014 deadline.

A court may strike an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter from a pleading on its own or upon motion by a party. Fed. R. Civ. P. 12(f)(1); *see* Schwarzer, Tashima & Wagstaffe, Cal. Prac. Guide: Fed. Civ. Proc. before Trial § 9:401 (The Rutter Group 2014) (citing *Garrett v. Selby, Connor, Maddux & Janer*, 425 F.3d 836, 841 (10th Cir. 2005); *United States v. Dawe*, 504 F. Supp. 2d 924, 930 (E.D. Cal. 2007)). Under the circumstances, the undersigned strikes Plaintiffs' second amended complaint, ECF No. 45, because Plaintiffs' failure to comply with Federal Rule of Civil Procedure 15(a)(2) renders it impertinent. If Plaintiffs wish to file a second amended complaint, they must obtain written consent from the opposing party or seek leave of this court by filing a motion noticed under Civil Local Rule 7 by **Tuesday, November 11, 2014**.

**IT IS SO ORDERED**.

Dated: November 4, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 14-01295 LB                            2