1  LYLE W. JOHNSON, ESQ., STATE BAR #071362
   GINNY BEDI, ESQ., STATE BAR #232019
2  BEDI & JOHNSON
   152 North Third Street, Suite 550
3  San Jose, California 95112
   Telephone:    (408) 298-8262
4  Facsimile:    (408) 298-8010

5

   Attorney for Plaintiffs, MARGARET OGBOWO and THERESA OGBOWO
6

7

8

9
                           IN THE UNITED STATES DISTRICT COURT
10                            NORTHERN DISTRICT OF CALIFORNIA
                                   SAN FRANCISCO DIVISION
11

12

13 MARGARET AGBOWO and                          CASE NO.: 14-cv- 001295-LB
   THERESA AGBOWO,
14
                                                STIPULATION TO EXTEND
15              Plaintiffs,                     PLAINTIFFS' DEADLINE
   vs.                                          TO RESPOND TO DEFENDANT'S
16                                              MOTION TO DISMISS THIRD
                                                AMENDED COMPLAINT; AND
17 NATIONSTAR MORTGAGE LLC                      TO EXTEND DEFENDANT'S
   and Does 1 to 100,                           REPLY : ORDER
18

19              Defendants.
   _____/
20

21      This Stipulation is entered into by and among plaintiffs MARGARET AGBOWO and

22 THERESA AGBOWO, by and through their attorney GINNY BEDI, ESQ., BEDI & JOHNSON,and

23 defendant NATIONSTAR MORTGAGE LLC, by and through their respective counsel, TORIANA

24 S. HOLMES, ESQ., SEVERSON & WERSON.

25      WHEREAS, Plaintiffs filed their Third Amended Complaint in the above-entitled action in

26 the Northern District, San Francisco Division, on February 26, 2015;

27      WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' Third Amended Complaint in

28 the above-entitled action with this Court on March 12, 2015;

Margaret Agbowo, et.al. vs. Nationstar Mortgage LLC                Case No. 14-cv- 001295-LB
Stipulation to Extend Time to Respond to Motion to
Dismiss Plaintiffs' Third Amended Complaint                                         Page 1

1   WHEREAS Plaintiffs' lead attorney on this case is ill and out of the office, Defendant
2 consents to Plaintiffs' request to extend their Response to Defendant's Motion to Dismiss Third
3 Amended Complaint to Monday, March 30, 2015

4   WHEREAS, Plaintiffs consent that Defendant's time to reply is extended to April 6, 2015;

5   NOW, THEREFORE, the Parties hereby stipulate and agree that Plaintiffs' deadline to
6 respond to Motion to Dismiss Third Amended Complaint is extended to and including Monday,
7 March 30, 2015, and Defendant's time to reply is extended to April 6, 2015.

9 **IT IS SO STIPULATED.**

BEDI & JOHNSON

Dated: March 26, 2015

/s/ Ginny Bedi
By: GINNY BEDI, ESQ.
Attorney for Plaintiffs, THERESA
AGBOWO and MARGARET AGBOWO

Dated: March 26, 2015                SEVERSON & WERSON

/S/Toriana S. Holmes
By: TORIANA S. HOLMES, ESQ.
Attorney for Defendant
NATIONSTAR MORTGAGE LLC

Dated: March 31, 2015

APPROVED
[signature]
Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Margaret Agbowo, et.al. vs. Nationstar Mortgage LLC                Case No. 14-cv- 001295-LB
Stipulation to Extend Time to Respond to Motion to
Dismiss Plaintiffs' Third Amended Complaint                            Page 2