**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| THERESA AGBOWO, et al., | No. CV14-01295 LB |
| Plaintiffs, | **REVISED SCHEDULING ORDER** |
| v. | |
| NATIONSTAR MORTGAGE LLC, | |
| Defendant. | |
| _____/ | |

Following the April 23, 2015 case management conference, the court issues the following

revised scheduling order:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Deadline for Defendant to answer Plaintiffs' Third Amended Complaint | 5/1/2015 |
| Parties to serve written discovery | 5/1/2015 |
| Updated Joint Case Management Conference Statement | 6/25/2015 |
| Further Case Management Conference | 7/2/2015 at 11:00 a.m. |
| ADR completion date | 8/6/2015 |
| Non-expert discovery completion date | 9/7/2015 |
| Expert disclosures required by Federal Rules of Civil Procedure | 9/7/2015 |
| Rebuttal expert disclosures | 9/22/2015 |

REVISED SCHEDULING ORDER
CV14-01295 LB

| Expert discovery completion date | 10/22/2015 |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 12/3/2015, at 9:30 a.m. |
| Meet and confer re pretrial filings | 1/26/2016 |
| Pretrial filings due | 2/4/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 2/11/2016 |
| Final Pretrial Conference | 2/25/2016, at 11:00 a.m. |
| Trial | 3/7/2016, at 8:30 a.m. |
| Length of Trial | 5 days |

In light of this order, the court terminates the parties' stipulation at ECF No. 99 as moot.

**IT IS SO ORDERED**.

Dated: April 24, 2015

_____
LAUREL BEELER
United States Magistrate Judge

REVISED SCHEDULING ORDER
CV14-01295 LB                    2

**United States District Court**
For the Northern District of California