MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
TORIANA S. HOLMES (State Bar No. 282600)
tsh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA AGBOWO and MARGARET AGBOWO,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:14-cv-01295-LB<br><br>~~UPDATED JOINT CASE MANAGEMENT STATEMENT~~<br>ORDER WITH MODIFICATIONS<br><br>Date:    September 24, 2015<br>Time:    11:00 a.m.<br>Crtrm.:   C; 15th Floor<br>Judge:   Hon. Laurel Beeler<br><br>Action Filed:   March 20, 2014<br>Trial Date:     March 7, 2016 |

The parties to the above-entitled action jointly submit this Joint Case Management Statement pursuant to the Court's July 24, 2015 Minute Order.

**Incorporation of Prior Status Reports.**

The parties incorporate the Joint Case Management Reports filed on January 8, 2015 (Doc. No. 65), March 12, 2015 (Doc. No. 81), April 16 (Doc. No. 95), June 26, 2015 (Doc. No. 104) and July 20, 2015 (Doc. No. 112) with modifications as set forth below.

1. <u>Jurisdiction & Service.</u>

No update.

2. <u>Disclosures.</u>

No update.

11951.0336/4963223.1

3.   Discovery.

**Plaintiffs:** Are continuing to evaluate their case and will proceed with depositions.

**Defendant:** Defendant served its responses to Plaintiffs' written discovery on July 13, 2015.

Plaintiffs have agreed to supplement or correct their responses to Defendant's written discovery, as appropriate, pursuant to Federal Rule of Civil Procedure 26(e)

Defendant has conducted the depositions of each plaintiff. A deposition of Theresa Agbowo was conducted on July 28, 2015, and a deposition of Margaret Agbowo was conducted on July 29, 2015. The depositions were not concluded and Defendant reserves its right to resume if further information is needed. If so, the parties will discuss mutually agreeable dates and time. Defendant is scheduling, and will subpoena, Kenneth Onyewuenyi, Lazarus Agbowo and Hyatt Chaghouri for deposition by the end of September.

4.   Settlement and ADR.

**Plaintiffs:** Are willing to continue settlement discussions.

**Defendant:** On July 15, 2015, Plaintiffs issued a settlement demand.

Following the July 28, 2015 and July 29, 2015 depositions, Plaintiffs have issued a revised settlement demand. The parties continue to discuss the demand.

5.   Scheduling.

The following dates have been set by the Revised Scheduling Order (Doc. No. 101.) and Order on Stipulation to Continue Pre-Trial Deadline Regarding Non-Expert and Expert Discovery (Doc. No. 116.): Further Case Management Conference set for 10/29/15 at 11:00 a.m. A Joint Updated Case Management Statement due 10/22/15.

ADR Completion Date: ~~August 6, 2015~~ ADR Completion: 11/27/2015

Designation of experts: ~~October 7, 2015~~ November 23, 2015

Rebuttal expert disclosures: ~~October 22, 2015~~ December 7, 2015

Non-expert Discovery completion date: ~~October 7, 2015~~ November 23, 2015

Expert Discovery completion date: ~~November 23, 2015~~ January 4, 2016

Last hearing date for dispositive motions: ~~December 17, 2015~~ January 21, 2016 at 9:30 a.m.

Last day to meet and confer regarding Pretrial Filings: January 26, 2016

11951.0336/4963223.1

1  Pretrial Filings Due: February 4, 2016

2  Final pretrial conference: February 25, 2016

3  Trial: March 7, 2016

4  **Plaintiffs:**  Plaintiffs are working to comply with the dates set forth above.

5  **Defendant:**  Defendant is working to comply with the dates set forth above.

6  DATED:  September 16, 2015            BEDI & JOHNSON

7

8
                                         By:    /s/  Lyle W. Johnson
9                                                   By: Lyle W. Johnson, Esq.

10                                       Attorney for Plaintiffs
11                                       Theresa Agbowo and Margaret Agbowo

12
   DATED:  September 16, 2015            SEVERSON & WERSON
13                                       A Professional Corporation

14

15
                                         By:    /s/  Megan C. Kelly
16                                                Megan C. Kelly / Toriana S. Holmes

17                                       Attorneys for Defendant
18                                       Nationstar Mortgage LLC

19  I, Toriana S. Holmes, am the ECF user whose identification and password are being used to file

20  this **UPDATED JOINT CASE MANAGEMENT STATEMENT**.  I hereby attest that Lyle W.

21  Johnson has concurred in this filing.

22  */s/ Toriana S. Holmes*

23

24

25

26

27

28  11951.0336/4963223.1

3:14-cv-01295-LB
JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER
3

1  CASE MANAGEMENT ORDER

2  The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is

3  approved as the Case Management Order for this case and all parties shall comply with its

4  provisions. [In addition, the Court makes the further orders stated below:]

Modification Above See Page 2.

5  IT IS SO ORDERED.

6

7  DATED: _September 28, 2015_____

8

9  _____
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  11951.0336/4963223.1